UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIZABETH KEWANDAWAHA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) NO. CV-05-323-CI<br>) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) **JUDGMENT IN A**<br>) **CIVIL CASE**<br>) |
| Defendant. | )<br>) |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**. Plaintiff's Complaint and claims are **DISMISSED WITH PREJUDICE**. Judgment is entered for Defendant.

DATED this 23rd day of August, 2007.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk